IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 25-MJ-1880-LCK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Jose Hermosillo, | |
| Defendant. | |

Upon oral motion by the Government, and without objection, IT IS ORDERED the Complaint be DISMISSED WITHOUT PREJUDICE against this defendant, JOSE HERMOSILLO.

Dated this 17th day of April, 2025.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge